# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**    ) Magistrate Docket No.  25MJ3394-MSB
 
Plaintiff,    )

v.    ) **COMPLAINT FOR VIOLATION OF:**
) Title 8, USC 1326 Deported Alien Found
) In The United States

Sylvestor QUINTERO-Peralis,    )

Defendant.    )

The undersigned complainant, being duly sworn, states:

On or about June 17, 2025, within the Southern District of California, defendant Sylvestor QUINTERO-Peralis, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT

Jason Larson

Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 18, 2025.

HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Sylvestor QUINTERO-Peralis

## PROBABLE CAUSE STATEMENT

On June 17, 2025, Border Patrol Agent E. Velazquez and Border Patrol Agent J. Luna were assigned to the Brown Field Border Patrol Station's area of responsibility.

At approximately 6:50 AM, Department of Defense (DOD) scope operators relayed via service radio that they detected three individuals traveling on foot near an area known to Border Patrol Agents as "Perch". Agent Velazquez responded to the indicated area and encountered three individuals, two of whom were later identified as Sylvestor QUINTERO-Peralis and Angel Miguel VARGAS (charged elsewhere). Agent Velazquez identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All three individuals, including QUINTERO, stated that they are citizens of Mexico not in possession of documentation required to be legally present in the United States. At approximately 7:00 AM, Agent Velazquez placed QUINTERO under arrest. This area is located approximately 12 miles east of the Otay Mesa, California Port of Entry and approximately one quarter of a mile north of the United States/Mexico International Border. Two other individuals, later identified as Maria Esther LEYVA-Gonzalez and Pedro RAMIREZ-Estrada (charged elsewhere) were also apprehended in this event by Border Patrol Agent J. Luna.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on June 17, 2025, with an intended destination of San Bernardino, CA.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on August 9, 2024 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.